IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JACK A. ROBINSON,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br><br>Case No. 2:06-CR-575-TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant Jack A. Robinson's Motion to Modify Conditions of Supervised Release. Based on the Motion and good cause appearing, the Court will grant the Motion. Special Condition 7 shall therefore be modified to read to as follows.

> You must cooperate with the United States Probation and Pretrial Services Computer and Internet Monitoring program; Appendix A, Computer and Internet use (Not Applicable to Third Party Employment). Cooperation shall include, but not be limited to, identifying computer systems (as identified in 18 USC 1030 (e)(1)), internet capable devices, networks (routers/modems), and/or similar electronic devices (external hard drives, flash drives, etc.) to which you have access. All devices are subject to random inspection/search, configuration, and the installation of monitoring software and/or hardware at your expense.

IV. CONCLUSION

It is therefore

ORDERED that Defendant's Motion to Modify Conditions of Release (Docket No. 60) is GRANTED.

DATED this 10th day of February, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge